# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,** | CASE NO.:  21-CR-2100-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER** |
| **Steven Michael Rice** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for July 30, 2021 at 1:30 pm be continued to September 10, 2021 at 1:30 pm. The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act to allow defense counsel to prepare and in the interests of justice.

**SO ORDERED.**

Dated:  July 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge